**In the Interest of M.D.P., a minor.**

**Kelly Dawn Bunting PROBST, natural mother, Appellant,**

v.

**JUVENILE OFFICE OF CAPE GIRARDEAU COUNTY, Respondent.**

No. 60990.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 4, 1992.

Marshall Shain, Cape Girardeau, for appellant.

Chris N. Weiss, Jackson, for respondent.

## ORDER

PER CURIAM.

Mother appeals from an order of the juvenile court terminating her parental rights in her daughter. We affirm. The judgment of the trial court is supported by substantial evidence and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).